# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**647**

**CAF 14-01318**

PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND DEJOSEPH, JJ.

IN THE MATTER OF SANDRA STIDHAM,
PETITIONER-APPELLANT,

V                                                                ORDER

GARY STIDHAM, RESPONDENT-RESPONDENT.

SANDRA STIDHAM, PETITIONER-APPELLANT PRO SE.

-------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Monroe County (John B. Gallagher, Jr., J.), entered October 21, 2013 in a proceeding pursuant to Family Court Act article 4. The order denied petitioner's written objections to the order of the Support Magistrate.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 19, 2015                          Frances E. Cafarell
                                                 Clerk of the Court